# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wendel, Corina Marie | Docket No. | 0980 4:20CR06027-002 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Corina Marie Wendel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 22nd day of September 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by using controlled substances, methamphetamine, on or prior to December 10, 2020.

On September 22, 2020, the defendant acknowledged her conditions of pretrial release indicating she understood she could not use controlled substances.

On December 10, 2020, the defendant reported to Merit and supplied a urine sample for testing. The sample returned positive for the presence of methamphetamine. The defendant admitted to using methamphetamine when confronted with the results on December 23, 2020.

**Violation #2**: The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report for random drug testing on October 20, 2020; December 24, 2020; and January 7, 2021.

On September 22, 2020, the defendant acknowledged her conditions or pretrial release indicating she understood she was required to report for random drug testing as directed.

On October 20, 2020; December 24, 2020; and January 7, 2021, the defendant's color Gold was called for random drug testing. The defendant stated she forgot to call on each occasion and she did not report for testing.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8
Re: Wendel, Corina Marie
January 12, 2021
Page 2

                         I declare under the penalty of perjury that the foregoing is true and correct.

                         Executed on:    January 12, 2021

by    s/David L. McCary

                         David L. McCary
                         U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

                         *M. K. Dimke*

                         Signature of Judicial Officer

                         1/12/2021

                         Date