FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Wendel, Corina Marie | Docket No. | 0980 4:20CR06027-SAB-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Corina Marie Wendel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 22nd day of September 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #8:** Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by using a controlled substance, methamphetamine, on or prior to May 13, 2021.

On September 22, 2020, the defendant acknowledged her conditions of pretrial release indicating she understood she could not use controlled substances.

On May 14, 2021, the defendant reported to the pretrial office in Richland, Washington, and admitted to using methamphetamine after being confronted with a urine sample which had a lower than normal temperature reading. The defendant signed an admission form stating she had last used methamphetamine on or about May 13, 2021.

**Violation #2**: The defendant is considered to be in violation of her conditions of pretrial supervision by attempting to falsify a random drug test on May 14, 2021.

On September 22, 2020, the defendant acknowledged her conditions or pretrial release indicating she understood she was to refrain from tampering with any substance abuse testing measures.

On May 14, 2021, the defendant reported to the pretrial office in Richland, Washington, and provided an unobserved urine sample for drug testing. When a lower than normal temperature reading was observed on the temperature strip located on the cup containing the sample, the defendant was asked about the sample. She admitted to using methamphetamine a few days prior and to bringing in a vile containing urine she knew would test negative. The defendant admitted to dumping the urine from the vile into the testing cup in an effort to show a negative test.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   May 14, 2021

by   s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer
5/14/2021

Date