# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2021

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wendel, Corina Marie | Docket No. | 0980 4:20CR06027-002 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Corina Marie Wendel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 22nd day of September 2020, under the following conditions:

**Special Condition #5:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United states Probation/Pretrial Services Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendations information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #3:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report for chemical dependancy treatment on May 5, 13, 17, and 19, 2021.

On September 22, 2020, the defendant acknowledged her conditions of pretrial release indicating she understood she was to comply with her assessed treatment regimen.

On May 19, 2021, the defendant's counselor at First Step Community Counseling advised the defendant had missed her assigned treatment sessions on the dates noted above. The defendant had not received approval to miss any of the required treatment sessions.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    May 20, 2021

by    s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

PS-8

Re: Wendel, Corina Marie
May 20, 2021
Page 2

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_M. K. Dimke_

Signature of Judicial Officer

5/20/2021

Date