# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wendel, Corina Marie | Docket No. | 0980 4:20CR06027-SAB-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Corina Marie Wendel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 22nd day of September 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** The defendant is considered to be in violation of her conditions of pretrial supervision by using a controlled substance, methamphetamine, on or prior to June 3, 2021.

On September 22, 2020, the defendant acknowledged her conditions of pretrial release indicating she understood she could not use controlled substances.

On June 3, 2021, the defendant reported to Merit Resource Services in Kennewick, Washington, and provided a urine sample for drug testing. The sample returned presumptive positive for the presence of methamphetamine. The sample was forwarded to Abbott/Alere Toxicology Service for confirmation. On June 11, 2021, the sample was confirmed positive for the presence of methamphetamine.

PRAYING THAT THE COURT WILL INCORPORATE THIS VIOLATION TO THE VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: June 21, 2021 |
| by | s/David L. McCary |
| | David L. McCary
U.S. Pretrial Services Officer |

PS-8
Re: **Wendel, Corina Marie**
**June 21, 2021**
**Page 2**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

*M. K. Dimke*
Signature of Judicial Officer

6/21/2021
Date