# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2022

SEAN F. MCAVOY, CLERK

U.S.A. vs.     Wendel, Corina Marie     Docket No.     0980 4:20CR06027-SAB-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Megan Rasmussen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Corina Marie Wendel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of November 2021, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by being arrested for a new charge, first degree driving while license suspended, on or about February 23, 2022.

On November 24, 2021, the defendant acknowledged her conditions of pretrial release indicating she understood her conditions, including not committing new law violations.

On February 23, 2022, the defendant was pulled over by police after failing to stop at a stop sign. Her license came back as suspended and she was arrested and cited, Benton County District Court case 2A0191055.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     May 31, 2022

by     s/Megan Rasmussen

Megan Rasmussen
U.S. Pretrial Services Officer

PS-8
**Re: Wendel, Corina Marie**
**May 27, 2022**
**Page 2**

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_/s/ James A. Goeke_
Signature of Judicial Officer

5/31/2022
Date