FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Wendel, Corina Marie        Docket No.    0980 4:20CR06027-SAB-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Megan Rasmussen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Corina Marie Wendel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19 day of November 2021, under the following conditions:

**Standard Condition #9**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On November 24, 2021, the defendant acknowledged her conditions of pretrial release indicating she understood her conditions, including standard condition number 9.

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by using a controlled substance, fentanyl, on or about November 15, 2022.

On November 15, 2022, the defendant reported to the probation office and provided a urine sample that was presumptive positive for fentanyl. The defendant admitted to using fentanyl 2 days prior. The sample was sent to the lab and confirmed positive for fentanyl.

**Violation #2:** The defendant is considered to be in violation of her conditions of pretrial supervision by using controlled substances, methamphetamine and fentanyl, on or about November 30, 2022.

On November 30, 2022, the defendant reported to the probation office and provided a urine sample that was presumptive positive for fentanyl and methamphetamine. The defendant admitted to using methamphetamine on the evening of November 24, 2022, but denied using fentanyl. The test was sent to the Abbott lab for confirmation but has not yet been received.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: December 1, 2022 |
| by | s/Megan Rasmussen |
|  | Megan Rasmussen<br>U.S. Pretrial Services Officer |

PS-8

**Re: Wendel, Corina Marie**
**December 1, 2022**
**Page 2**

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

December 1, 2022
Date