✎ PS 8
(3/15)

Case 4:20-cr-06027-SAB    ECF No. 193    filed 01/04/23    PageID.605    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Wendel, Corina Marie | Docket No. | 0980 4:20CR06027-SAB-2 |

**Petition for Action on Conditions of Pretrial Release**

   COMES NOW Megan Rasmussen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Corina Marie Wendel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of November 2021, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

**Standard Condition #6:** Defendant shall report to the U.S. Probation/Pretrial Services office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #9**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

   RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

On November 24, 2021, the defendant acknowledged her conditions of pretrial release indicating she understood her conditions including standard condition #1, standard condition #6, standard condition #9 and special condition #7. She was also referred to Merit Resource Services (Merit) for urinalysis testing via the color line.

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by being convicted of a new offense, first degree driving while license suspended, on or about December 22, 2022.

On February 23, 2022, the defendant was pulled over by police after failing to stop at a stop sign. Her license came back as suspended and she was arrested and cited, Benton County District Court case 2A0191055.

On December 22, 2022, Ms. Wendel was convicted of first degree driving while license suspended and sentenced to 364 days jail with 184 days suspended. The sentence is scheduled to start on January 22, 2023, and set to run concurrent with her federal sentence.

**Violation #2:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report to U.S. Probation as directed on or about December 6, 2022.

On December 6, 2022, Ms. Wendel failed to report to the probation officer as previously directed. She sent a text message late that night advising that she went to Spokane, Washington, to see her mom and forgot about her check in.

**Violation #3:** The defendant is considered to be in violation of her conditions of pretrial supervision by using a controlled substances, methamphetamine and fentanyl, on or about December 20, 2022.

On December 20, 2022, Ms. Wendel reported to the probation office as directed. She provided a urine sample that was presumptive positive for fentanyl. Ms. Wendel denied use and the sample was sent to the lab. The lab confirmed the sample was positive for fentanyl and methamphetamine on December 29, 2022.

**Violation #4:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report to Merit Resource Services for urinalysis as directed on December 22, 2022.

On December 23, 2022, Merit Resource Services reported that Ms. Wendel missed her scheduled urinalysis on December 22, 2022.

**Violation #5:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report to U.S. Probation as directed on December 27, 2022.

On December 27, 2022, Ms. Wendel sent a text message advising that she was in Spokane, and would be there a week. She was aware that she would be missing her check in with probation.

**Violation #6:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report to Merit Resource Services for urinalysis as directed on December 28, 2022.

On December 29, 2022, Merit Resource Services reported that Ms. Wendel missed her scheduled urinalysis on December 28, 2022.

**Violation #7:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report to U.S. Probation as directed on January 3, 2023.

On January 3, 2023, Ms. Wendel failed to report as directed and did not contact probation.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: January 4, 2023 |
| by | s/Megan Rasmussen |
|  | Megan Rasmussen<br>U.S. Pretrial Services Officer |

**Re: Wendel, Corina Marie**
**January 4, 2023**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

January 4, 2023
Date