PROB 12C
(6/16)

Report Date: January 3, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2025

SEAN F. McAVOY, CLERK

Name of Offender: Corina Marie Wendel         Case Number: 0980 4:20CR06027-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮   Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 7, 2022

Original Offense:    Distribution of 50 Grams or More of Actual (Pure) Methamphetamine,
21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

Original Sentence:   Prison - 36 months;                  Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:  Todd Swensen                        Date Supervision Commenced: July 15, 2024

Defense Attorney:    Mike William Lynch                    Date Supervision Expires: July 14, 2027

### PETITIONING THE COURT

To issue a summons.

On July 16, 2024, the judgement and sentence, including the conditions of supervision, were reviewed with Ms. Wendel, who signed the conditions acknowledging an understanding of them.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Corina Marie Wendel is considered to be in violation of her term of supervised release by ingesting methamphetamine and fentanyl, on or before December 2, 2024. |
| | On December 5, 2024, Ms. Wendel reported to the probation office as requested. During this office contact, Ms. Wendel completed a drug test which was presumptive positive for amphetamine/methamphetamine and fentanyl. Ms. Wendel indicated she ingested methamphetamine on December 2, 2024, and signed a drug use admission form. The drug test was packaged and sent to Abbott Laboratory for confirmation. |

**Prob12C**
**Re: Wendel, Corina Marie**
**January 3, 2025**
**Page 2**

                On December 16, 2024, U.S. Probation received a drug test report from Abbott Laboratory showing positive results for the presences of amphetamine/methamphetamine and fentanyl for the drug test that was collected on December 5, 2024.

2        **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**: Corina Marie Wendel is considered to be in violation of her term of supervised release by ingesting methamphetamine and fentanyl, on or before December 9, 2024.

          On December 9, 2024, Ms. Wendel reported to the probation office as requested. During this office contact, Ms. Wendel completed a drug test which was presumptive positive for amphetamine/methamphetamine and fentanyl. The drug test was packaged and sent to Abbott Laboratory for confirmation.

          On December 16, 2024, U.S. Probation received a drug test report from Abbott Laboratory showing positive results for the presence of amphetamine/methamphetamine and fentanyl for the drug test that was collected on December 9, 2024.

3        **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**: Corina Marie Wendel is considered to be in violation of her term of supervised release by ingesting methamphetamine and fentanyl, on or before December 12, 2024.

          On December 12, 2024, Ms. Wendel reported to Life Renewal as requested. During this contact, Ms. Wendel completed a drug test which was presumptive positive for amphetamine/methamphetamine and fentanyl. The drug test was packaged and sent to Abbott Laboratory for confirmation.

          On December 16, 2024, Abbott Laboratory confirmed the urine sample collected on December 12, 2024, was positive for amphetamine/methamphetamine and fentanyl.

4        **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**: Corina Marie Wendel is considered to be in violation of her term of supervised release by ingesting methamphetamine and fentanyl, on or before December 31, 2024.

Prob12C
**Re: Wendel, Corina Marie**
**January 3, 2025**
Page 3

On January 2, 2025, Ms. Wendel reported to the probation office as requested. During this office contact, Ms. Wendel completed a drug test which was presumptive positive for amphetamine/methamphetamine and fentanyl. She signed a drug use admission form for methamphetamine use. The drug test was packaged and sent to Abbott Laboratory for confirmation and the results are pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 3, 2025

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/6/2025
Date