PROB 12C
(6/16)

Report Date: January 28, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Corina Marie Wendel         Case Number: 0980 4:20CR06027-SAB-2

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 7, 2022

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Original Sentence: | Prison - 36 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Todd Swensen |
| Date Supervision Commenced: | July 15, 2024 |
| Defense Attorney: | Mike William Lynch |
| Date Supervision Expires: | July 14, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/3/2025.

On July 16, 2024, the judgement and sentence, including the conditions of supervision, were reviewed with Ms. Wendel, who signed the conditions acknowledging an understanding of them.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Corina Marie Wendel is considered to be in violation of her term of supervised release by ingesting methamphetamine, on or before January 3, 2025.<br><br>On January 3, 2025, Ms. Wendel reported to Life Renewal as requested. During this contact, Ms. Wendel completed a drug test which was presumptive dilute and positive for amphetamine/methamphetamine. The drug test report was later received from Abbott Laboratory confirming a dilute result for specific gravity and positive for amphetamine/methamphetamine. |

Prob12C
Re: **Wendel, Corina Marie**
**January 28, 2025**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 28, 2025

s/Maria Balles

Maria Balles
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/28/2025

Date