PROB 12C  
(6/16)

Report Date: February 17, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Corina Marie Wendel | Case Number: 0980 4:20CR06027-SAB-2 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99208 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 7, 2022

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual (pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 36 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 1, 2025) | Prison- Time served (17 days) TSR: 36 months | |
| Revocation Sentence: (October 6, 2025) | Prison: Time served (36 days) TSR: 35 months | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: October 7, 2025 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 6, 2028 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition with the violations previously reported to the Court in the petition filed on February 4, 2026, and **issue a warrant**.

On January 22, 2026, after completing inpatient treatment, a probation officer met with Ms. Wendel and reviewed her judgment and sentence, to include all conditions of supervised release. She signed a copy of said conditions, acknowledging her understanding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Wendel, Corina Marie**
**February 17, 2026**
**Page 2**

        **Supporting Evidence**: It is alleged that Ms. Wendel violated special condition #5 by consuming a controlled substance, methamphetamine and fentanyl, on or about February 4, 2026.

        On February 3, 2026, Ms. Wendel reported to the U.S. Probation Office. She submitted a random urinalysis, which returned presumptive positive for cocaine, methamphetamine, amphetamine and fentanyl. She admitted cocaine use on January 31, 2026 (violation #3), but denied using all other substances. The sample was sent to the lab for confirmation.

        On February 9, 2026, the lab results from the urinalysis provided on February 4, 2026, returned positive for both methamphetamine, and fentanyl.

5        **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Ms. Wendel violated special condition #5 by consuming a controlled substance, cocaine and fentanyl, on or about February 10, 2026.

        On February 10, 2026, Ms. Wendel reported to the U.S. Probation Office. She submitted a random urinalysis, which returned presumptive positive for cocaine and fentanyl. She denied use and it was sent to the lab for confirmation.

        On February 13, 2026, the lab results from the urinalysis provided on February 10, 2026, returned positive for both cocaine and fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/17/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
**Re: Wendel, Corina Marie**
**February 17, 2026**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Stan Bastian_
Signature of Judicial Officer

2/19/2026
Date