PROB 12C
(6/16)

Report Date: February 4, 2026

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 04, 2026**

SEAN F. McAVOY, CLERK

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Corina Marie Wendel                Case Number: 0980 4:20CR06027-SAB-2

Address of Offender: ████████████████  Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 7, 2022

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual (pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 36 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (July 1, 2025) | Prison- Time served (17 days) TSR: 36 months | | |
| Revocation Sentence: (October 6, 2025) | Prison: Time served (36 days) TSR: 35 months | | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: | October 7, 2025 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: | September 6, 2028 |

## PETITIONING THE COURT

To issue a summons

On January 22, 2026, after completing inpatient treatment, a probation officer met with Ms. Wendel and reviewed her judgment and sentence, to include all conditions of supervised release. She signed a copy of said conditions, acknowledging her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C

**Re: Wendel, Corina Marie**
**February 4, 2026**
**Page 2**

**Supporting Evidence**: It is alleged that Ms. Wendel violated special condition # 3 by failing to obtain a substance abuse assessment.

On January 22, 2026, Ms. Wendel reported to the U.S. Probation Office for her intake. She submitted a random urinalysis, which returned presumptive positive for cocaine. She admitted cocaine use on January 20, 2026.  She was instructed to obtain a substance abuse assessment immediately.  She scheduled her substance abuse assessment at Pioneer Human Resources for February 2, 2026.

On February 2, 2026, Ms. Wendel failed to show for her substance abuse assessment.

2    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Wendel violated special condition #5 by consuming a controlled substance, cocaine, on or about January 20, 2026.

On January 22, 2026, Ms. Wendel reported to the U.S. Probation Office for her intake. She submitted a random urinalysis, which returned presumptive positive for cocaine. She admitted cocaine use on January 20, 2026.

3    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Wendel violated special condition #5 by consuming a controlled substance, cocaine, on or about January 31, 2026.

On January 22, 2026, Ms. Wendel reported to the U.S. Probation Office for her intake. She submitted a random urinalysis, which returned presumptive positive for cocaine, methamphetamine, amphetamine and fentanyl. She admitted cocaine use on January 31, 2026, but denies all other substances.  The sample was sent to the lab for confirmation. Those results are still pending. Once those results are available, the Court will be notified.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     02/04/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
**Re: Wendel, Corina Marie**
**February 4, 2026**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

2/4/2026
_____
Date