PROB 12C
(6/16)

Report Date:  February 23, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Corina Marie Wendel          Case Number: 0980 4:20CR06027-SAB-2

Address of Offender: ██████████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 7, 2022

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual (pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 36 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (July 1, 2025) | Prison- Time served (17 days) TSR: 36 months | | |
| Revocation Sentence: (October 6, 2025) | Prison: Time served (36 days) TSR: 35 months | | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: | October 7, 2025 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | September 6, 2028 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition with the violations previously reported to the Court in the petition filed on February 4, and February 19, 2026.

On January 22, 2026, after completing inpatient treatment, a probation officer met with Ms. Wendel and reviewed her judgment and sentence, to include all conditions of supervised release. She signed a copy of said conditions, acknowledging her understanding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  It is alleged that Ms. Wendel violated special condition #5 by consuming a controlled substance, methamphetamine, cocaine and fentanyl, on or about February 12, 2026. |

Prob12C
**Re: Wendel, Corina Marie**
**February 23, 2026**
**Page 2**

On February 12, 2026, Ms. Wendel reported to Spokane Addiction Recovery Centers (SPARC) for her initial intake for her substance abuse assessment. She submitted a random urinalysis, which returned negative. However, the drug test was sent to the lab for confirmation.

On February 18, 2026, the drug test submitted on February 12, 2026, returned positive from the lab for cocaine, methamphetamine, and fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     02/23/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/24/2026

Date