FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2026

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORINA MARIE WENDEL,<br><br>Defendant. | No. 4:20-CR-06027-SAB-2<br><br>**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** |

A supervised release revocation hearing in the above-captioned case was held on March 19, 2026, in Spokane, Washington. Defendant was present, in custody, and represented by Katie Kitchen. The Government was represented by Jeremy Kelly.

At the hearing, Defendant admitted to Violation Nos. 1–6 and the Court found the violations committed. The Court imposed the following sanction: the current term of supervision is revoked, and a new term of supervision is imposed with credit for time served followed by 12 months' supervision. This Order memorializes the Court's oral rulings.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the U.S. Marshals Service, and U.S. Probation.

**DATED** this 27th day of March 2026.



Stan Bastian
Chief United States District Judge

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** # 1