PROB 12C
(6/16)

Report Date:  June 8, 2026

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No.315

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Corina Marie Wendel          Case Number: 0980 4:20CR06027-SAB-2

Address of Offender: ███████████████  Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 7, 2022

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual (pure) Methamphetamine, 21 U.S.C. 841(a)(1), (b)(1)(A)(viii) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 36 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (March 24, 2026) | Prison - 3 months; TSR - 12 months | |
| Asst. U.S. Attorney: | Jeremy James Kelley | Date Supervision Commenced: May 21, 2026 |
| Defense Attorney: | Katie Kitchen | Date Supervision Expires: May 20, 2027 |

## PETITIONING THE COURT

To issue a warrant

On May 22, 2026, a probation officer met with Ms. Wendel and reviewed her judgment and sentence, to include all conditions of supervised release. She signed a copy of said conditions acknowledging her understanding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Ms. Wendel violated special condition 4, by failing to report for substance abuse treatment on May 27, 2026.

On May 28, 2026, the undersigned was notified by Pioneer Human Resources (PHS) that the offender was no show for her scheduled treatment session.

**Prob12C**
**Re: Wendel, Corina Marie**
**June 8, 2026**
**Page 2**

**Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Wendel has violated special condition 5, by consuming controlled substances, cocaine and fentanyl, on May 27, 2026.

On May 27, 2026, the offender submitted a random urinalysis which returned presumptive positive for cocaine and fentanyl. She admitted to cocaine use but denied fentanyl use. The sample was sent to the lab for confirmation.

On June 4, 2026, the urine sample from May 27, 2026, returned from the lab positive for fentanyl.

**Special Condition # 6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Ms. Wendel has violated special condition 6, by consuming alcohol on or about May 27, 2026.

On May 27, 2026, the offender submitted a random urinalysis, which returned presumptive positive for alcohol. She admitted consuming alcohol.

**Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Wendel has violated special condition 5, by consuming controlled substances, cocaine, on June 1, 2026.

On June 1, 2026, the offender submitted a random urinalysis, which returned presumptive positive for cocaine and alcohol. She denied use. The sample was sent to the lab for confirmation.

On June 5, 2026, the urine sample from June 1, 2026, returned from the lab positive for cocaine.

**Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Wendel, Corina Marie**
**June 8, 2026**
**Page 3**

<div style="margin-left:2em">

**Supporting Evidence**: It is alleged that Ms. Wendel has violated special condition 5, by failing to report for her random urinalysis on May 29, 2026.

On June 1, 2026, the offender failed to show for her random urinalysis at Pioneer Human Resources (PHS).

</div>

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

<div style="margin-left:2em">

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     6/08/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

</div>

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

6/8/2026

Date